**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE ROGEL-GOMEZ, | ) Case No. CV 15-7298-CAS (JPR) |
| Petitioner, | ) |
| | ) ORDER ACCEPTING FINDINGS AND |
| v. | ) RECOMMENDATIONS OF U.S. |
| | ) MAGISTRATE JUDGE |
| FIELD OFFICE DIRECTOR | ) |
| ENFORCEMENT et al., | ) |
| | ) |
| Respondents. | ) |

The Court has reviewed the Petition, records on file, and Report and Recommendation of U.S. Magistrate Judge. <u>See</u> 28 U.S.C. § 636. On May 12, 2016, Petitioner filed objections to the R&R, in which he simply repeats arguments from his Petition and Reply or argues the merits of his various applications to remain in this country. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that the Petition is denied, Petitioner's request for appointment of counsel is denied, and Judgment be entered dismissing this action.

DATED: June 1, 2016

*Christine A. Snyd*

CHRISTINA A. SNYDER
U.S. DISTRICT JUDGE