UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE ROGEL-GOMEZ, | ) | Case No. CV 15-7298-CAS (JPR) |
| Petitioner, | ) ) ) | |
| v. | ) ) | **J U D G M E N T** |
| FIELD OFFICE DIRECTOR ENFORCEMENT et al., | ) ) ) | |
| Respondents. | ) ) | |

Under the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: June 1, 2016

*Christina A. Snyder*
CHRISTINA A. SNYDER
U.S. DISTRICT JUDGE